UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
OCT 22 2015
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Victor Patterson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Inc
Cook County Sheriff Dept inc.
Cook County Dept of Corr Inc
Cook County Dept of Corr. Supt (Recieving) ~~W~~ Jane Doe
Cook County Dept of Corr Recieving Sgt Jane Doe
Cook County Dept of Corr Recieving Commander John Doe

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

1:15-cv-09369
Judge Milton I. Shadur
Magistrate Judge Young B. Kim

C:
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✗  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Victor Patterson

B. List all aliases: None

C. Prisoner identification number: Cook County 20130802088 / BH3403

D. Place of present confinement: MSR / Mandatory Supervise Release

E. Address: 393 Paxton Calumet City IL 60409

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cook County Inc.
Title: manupacle
Place of Employment: Cook County ~~Sheriff Dept~~

B. Defendant: Cook County Sheriff Dept Inc
Title: Sheriff Dept of Cook County
Place of Employment: 2650 So California

C. Defendant: Superintendent Recieving Cook County Dept of Call John Doe
Title: Superintendent Recieving [Aug - Sept 2013]
Place of Employment: Cook County Sheriff Dept 2650 So California

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: Commander John Doe Cook County Dept of Corr Recieving

title: Commander Recieving, Cook County Dept of Corr Aug 2013 - Sept 2013

Place of employment: County of Cook Dept of Corr. 2650 So California.

E. Defendant: Sgt John Doe Cook County Dept of Corr Recieving

title: Sgt Recieving Cook County Dept of Corr @ Aug 20 or 21 in re Victor Patterson / CPD.

Place of employment: County of Cook Dept of Corr. 2650 So California.

F. Defendant: Sgt Jane Doe Cook Court Dept Corr Div 5

title: Sgt Div 5 @ Aug 20-21 Cook County Dept of Corr

Place of employment: Cook County Dept of Corr 2650 So California.

G. Defendant: Commander John Doe Cook County Dept of Corr

title: Commander @ Aug 20-21 Cook Court Dept of Corr Div 5

Place of employment: Cook County Dept of Corr.

H. Defendant: City of Chicago INC.

title: Municipality of City of Chicago.

Place of Employment, Chicago IL mercantile mkt.

I. Defendant: Chicago Police Dept Inc

   title: Police for the city of Chicago

   Place of employment: 3510 So Michigan Chicago Police Dept

J. Defendant: Watch Commander John Doe

   title: Watch Commander 111th & Cottage area station
   @ Aug 20-21 John Doe

   Place of Employment: 3510 So Michigan Chicago Police Dept

K. Defendant: Det John Doe

   title: Detective who seized me from C.C.D.O.C.
   @ Aug 20-21 2013

   Place of Employment: 3510 So Michigan Chicago Police Dept.

L. Defendant: Det John Doe

   title: Dective who touched me @ Aug 20-21 2013

M. Defendant: Garry F McCarthy

   title: Chief of Chicago Police

   Place of Employment: Chicago Police Dept
   3510 So Michigan

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: No 10 C 4600, 13C 8030, 14C3458, 14C 0552, 14C 1816, 14C 4969 I have som more

B. Approximate date of filing lawsuit: 2010, 2014, 2014, 2014, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: Lt Ortiz, Garry F McCarthy, Tom Dart, Sgt Cengeler, Ofc Cunnhom, Jered olsen, Ms McCoy, Dr. fu, nurs mekiki, mrs Scott, Dr. miguel, Deleena Martney

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: First it was Judge Morovich, Now it Judge William T Hart

G. Basic claim made: Denial of Freedom of Inmate Not process habeas Corpus, mail Not processed,

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed for most but the 14C 8030 is still pending and The Judge told me to file seperate 1983 for other included issues

I. Approximate date of disposition: 2010, 2014, 2014, 2014, 2014 Still Pending,

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Upon my arrival at the Cook County Jail in early Aug 2013 on 9th I was put in Div 5 often 2½ wks @ Aug 21, 2013 I was taken to the 111th St Ellis Chicago Police Dept. for murder investigation. I was taken there against my will without my consent, and with any writ or Court authorization. I am entitled to Due Process of Law under the 14th Amendment, the right to no Unlawful search and seizure in the 4th Amendment, the right to have rights not mentioned in the U.S. Constitution in the 9th Amendment. All of these guarenteed alienated right by the U.S. Constituted were violated. No one show me any paper from a Judge allowing me to be taken to the Police station. I never signed anything to allow this to

the millions. My point is that the Chgo Police could have very well came to the Cook County Jail complex or at the very least they could have worked jointly with the county Sheriff to investigate my pact If any in the multiple murders. My picture was taken when I left to go with the C.P.D. Detectives. Why was it not taken upon my return. Why was I not asked upon my return If I was ok and or treated fairly. Upon my arrival to the 111th St police station I was questioned nearly the whole night. I was left in my C.C.D.O.C. prison clothes and walked or paraded throughout the Detective headquarter and many other arrestee spy me, and I believed that they look at me as an informant or snitch!!! which was not the case because I was kidnapped and taken to this police station against my will and beaten and touched By Detective over the night shift and left there until the original officer that

Brought me to the police station came back at approx 6 am. is when they continued to question me. During the overnight stay I was put on my knees with my hands interlocked, I was than twisted by the torso and the air in my lungs elapsed and I was gasping for air. I thought I would die. after which I was doused with cold water while handcuff to a holding on inventory line up room, and then the air condition was turned on high which gave me chills for the next 4 hrs. when the original Det come back at 6 am I didn't tell them due to me not knowing who was on who's side. So I decided to wait until I returned to the county Jail to inform the officer there. where I thought they would at least asked me if I was alright. But once I told them they immediately tried to cover things up. By rushing me away from the recieving where I was returned and when I got back to my original housing unit I was immediately transferred to a whole new

⑤

iv. My Rights are the Rules and Regulation written to safeguard certain over acts. If any things is said to put in the Rules and Regulation or are Laws and stature of the State or the Federal Government I am entitled to them. and As mentioned in the 9th Amendment If it is NOT in this Constition that still does NOT mean that It is not my Rights as a Human being. According to the Genieva Convention and Nato I have Certain Rights as a Human being and therefore shall be treated as such. the 4th Amendment Guarentee me the Rights of unlawful Search and seizure. As a dentanee of the Cook County Dept of Corr. I have been Seized by a judge and held. when does not mean for the Cook County Sheriff to do as it wills meaning Just turn me over to the C.P.D. with out the proper authority or assumable authority!

the Sheriff of Cook County does not even have authorization to transfer me to the custody of the Chicago Police Dept. Like it happen. they too were unauthorized and the whole process was Illegal unless some Circuit Court Judge of Cook County authorized it, in which case some Court order would have been signed and documented and presented to the proper authorities for my release into the Chicago Polices Custody. all of this is to hold some one responsible for my safty and walfare. this is done to hopefully prevent any harm to come my way and If it does then someone in particular is to be held responsible. In this case I was taken by the Chicago Police. Photo was taken when I left. After arriving at the 111st Police station I was tortured, beaten and mistreated. all of which is a violation of the 8th amendment which

Prevents Cruel and unusual punishment. But the Chicago Police did it any way mainly because they knew they were not responsible for me or what happened to me. Additional when I arrived back to the Cook County Jail, No Pictures were taken I was not asked If I was feed, treated fair, or harmed in any way. I tried to tell the Staff upon my return that I was beaten and tortured but no, deaf ear. I was told to Shut up and be seated. After returning to my Regular division (where I had been taken from) I told the Sgt. whom got me moved out of her division in all of 20 min after my return. Still no question about what happen who did what etc..., still No medical treatment. I was taken from Div 5 to Div 6 where I still complained about my encounter, to No Avail. From them to move me from Div 5 to Div 6 was Retailatory from my complaints which instead should have

Been investgated. Accourding to the 14th Amendment of Due Process I have rights Rule being enforced in this case the Court Order Releasing me to the Police Dept should have been presented No Authority was given for my Release to Chicago Police.. Relause me give seizure of my person to another with my permission or the permission of the said Court whom had Legal Custody of me from the Crime I was Being Prosecuted for in Circuit Court.

Now Once I got to the Police station I was told " It will all go away If I coperate" [ It Being the Drug Case] my Reply was If you have this murder on Richard on 78th and Ogesby@ July29 2013 you would known who did what If it was on tape or Recorded as you say.. But this incident frunstred my for two Reason 1st I was torched in ways I thought I would die Plus in the mid 80's my 1st Cousin Aaron Patterson was as torchered by the Burke crew at 51st

and went worth and made to confess to a crime that he didn't do. And all that played in my head. I thought either I would confess to a crime that I had nothing to do and I would be given the death penalty or I would be murder by this ofc for not cooperating.

All I'm saying is I didn't think it was the Politician intention to give these City Police or sheriff authory over the court when it comes to my custody. There are safe guard in place to prevent me from being place in harms way. All the chicago Police had to do was request to question me at the Cook County Correctional complex. It was recently built and has a whole section for C.P.D. or they could have had the C.C. sheriff police investigate it in a joint investigation or have the sheriff bring me to the Police station. I believe to turn me over to another enity is called extradite which I didn't have a hearing for or agreed to.

happen. After being arrested I was remanded to the Cook County Sheriffs Dept. which meant that was where I was to stay. What law, stature, or ordonice allow me to be taken from the care of the Cook county Sheriff to go to the Police Dept. Under what authority Do the Chicago Police have to take custody of me. Under what authority does the Cook County have to release custody of me to the Chicago Police Dept. There was no reason for the Chicago Police and Cook County Sheriff to allow me to go to the C.P.D. at 111th Ellis. The Sheriff has a whole Police Dept that is more than equipt to investigate a murder. Not to mention the fact that the Cook County Jail is on a compound with a brand new complex worth well in

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a full investigation of my civil rights being violated under the 1st, 4th, 8th, 9th and 14th amendment. I also want to be monetarily compensated, and punitive, and compensatory damages awarded. I want all individual and entities sued in their individual and official capacity

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ____ day of Oct, 20 15

_____
(Signature of plaintiff or plaintiffs)

Victor Patterson
(Print name)

B43 403
(I.D. Number)

393 Paxton
Calumet city Ill 60409
(Address)

6

To Judge Hearing this cause

these Issues were first brought up in the 14 C 8030 complaint Judge Mardvich and Judge mason both said that there were to many issues and that I should file an additional complaint for each issue. Hence why I have file these other 1983 complaint for the Issue already Brought fourth to this court. And I was Just Release from Prison Oct 2, 2015.